UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Tim Kirk and Tracy Kirk
                Plaintiff(s)

vs.                                  Case Number: 18-cv-174-JED-JFJ

Catlin Specialty Insurance Company
                Defendant(s)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice by Plaintiff of, and Plaintiff hereby dismisses with prejudice, all claims that were brought or could have been brought against Defendant Catlin Specialty Insurance Company in the above-styled and numbered cause. This Stipulation of Dismissal with Prejudice is signed by all parties who have appeared and is self-executing.

**STIPULATED AND AGREED TO BY:**

/s/ Joseph F. Bufogle, Sr.
Joseph F. Bufogle, Sr., OBA#10554
BUFOGLE & ASSOCIATES, P.C.
2405 East Skelly Drive
Tulsa, OK 74105
918-587-3407; 918-587-3437 - fax
Jfbufogle@msn.com
**ATTORNEYS FOR PLAINTIFF**

Rex Travis, OBA #9081
Greg Milstead, OBA #20782
TRAVIS LAW OFFICE
P.O. Box 1336
Oklahoma City, OK 73101- 1336
(405) 236-5400; (405) 236-5499 (fax)
info@travislawoffice.com

/s/ J. Mark Mcalester
J. Mark McAlester, OBA# 18104
Michael S. McMillin, OBA # 12404
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste 800N
Oklahoma City, OK 73102
405-235-4671; 405-235-5247 (fax)
msmcmillin@fentonlaw.com
jmmcalester@fentonlaw.com
**ATTORNEYS FOR DEFENDANT**